NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH P. BEYERS,**
*Petitioner,*

v.

**DEPARTMENT OF STATE,**
*Respondent.*

---

2012-3099

---

Petition for review of the Merit Systems Protection Board in case no. DC3330110538-1-1.

---

## ON MOTION

---

## ORDER

Kenneth P. Beyers moves to reinstate his petition for review.

On June 15, 2012, this court dismissed Beyers' petition for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the court's June 15, 2012 order will be vacated, the court's mandate will be recalled, and the petition will be reinstated if Beyers files his brief within 30 days from the date of filing of this order.

FOR THE COURT

JUL 17 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth P. Beyers (informal brief form enclosed)
     Austin Fulk, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK